PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ZEYAD SULAIMAN,

                         Plaintiff,

          v.

ALEJANDRO MAYORKAS, ET AL.,

                         Defendants.

CASE NO.  2:23-CV-02607-AC

STIPULATION AND [~~PROPOSED~~] ORDER FOR TEMPORARY STAY

          The Defendants respectfully request to stay this case through May 31, 2024, and counsel for Plaintiffs does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudicating his pending asylum application, which he filed in November 2014.  USCIS has scheduled Plaintiff's asylum interview for February 1, 2024.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days.

///

///

///

///

1    The parties therefore stipulate that this matter be held in temporary abeyance through May 31,

2    2024.  The parties further request that all other filing and case management deadlines be similarly

3    vacated.

4

5    Respectfully submitted,

6

7    Dated:  January 5, 2024                              PHILLIP A. TALBERT
                                                          United States Attorney
8

9                                                  By:   /s/ ELLIOT C. WONG
                                                          ELLIOT C. WONG
10                                                        Assistant United States Attorney

11

12                                                        /s/ FADY ESKANDAR
                                                          FADY ESKANDAR
13                                                        Counsel for Plaintiff

14

15

16                                  [PROPOSED] ORDER

17    It is so ordered.

18

19

20   Date: January 8, 2024

21

22                                                 ALLISON CLAIRE
                                                   UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

2